**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| WESTFIELD INSURANCE COMPANY, | : | |
| Plaintiff, | : | CIVIL ACTION |
| v. | : | No. 10-03066 |
| CYNTHIA WERTZ, et al., | : | |
| Defendants. | : | |

## ORDER

AND NOW, this 25th day of May, 2011, upon consideration of Defendants Stephen Chesna and Diane Chesna's Motion Pursuant to Rule 12(b)(1) to Dismiss for Lack of Subject-Matter Jurisdiction (ECF No. 9), and all documents filed in support thereof and in opposition thereto, it is hereby ORDERED that Defendants' Motion is DENIED.

BY THE COURT:

s/J. Curtis Joyner
J. CURTIS JOYNER, J.